AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

United States of America

v.

JEMAROCO JEREMIAH SPENCER
DOB:  XX/XX/XXXX
PDID: XXX-XXX

*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:25-mj-00155
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/20/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ August 18, 2025 _____ in the county of _____ Washington _____ in the
_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 (a) - Assaulting, Resisting, or Impeding Certain Officers or Employees | |
| 18 U.S.C. § 111 (a) - Assaulting, Resisting, or Impeding Certain Officers or Employees | |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent, Garett Trombly, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of
Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).
Sworn to before me and signed in my presence.

Date:  _____ 08/20//2025 _____

*Judge's signature*

City and state:  _____ WASHINGTON, DC _____

U.S. Magistrate Judge, Moxila A. Upadhyaya
*Printed name and title*