UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 25-MJ-155** |
| | : | |
| **JEMAROCO SPENCER,** | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION TO CONTINUE HEARING

The United States, by and through its undersigned counsel, respectfully requests that the Court reschedule the preliminary hearing set for October 9, 2025, to October 16, 2025, at 2 p.m. The preliminary hearing was recently rescheduled to October 9, 2025, but the parties had previously conferred amongst themselves and, because of their respective schedules, had agreed to the afternoon of October 16, 2025. The undersigned AUSA has consulted with the Courtroom Deputy and has been advised that October 16, 2025, at 2 p.m., is convenient for the Court. Because further discovery is being provided by the government, the defendant is reviewing discovery, and the parties continue to discuss a possible disposition short of trial, the parties do not object to tolling under the Speedy Trial Act. The defense does not oppose this motion.

WHEREFORE, it is requested that the Court reschedule the preliminary hearing to October 16, 2025, at 2 p.m. Furthermore, for the reasons discussed above (i.e., to prepare and review discovery, and conduct further plea negotiations), it is requested that the Court toll the Speedy Trial Act clock until the next hearing on the grounds that the interests of justice served by this action outweigh the interests of the defendant and the public in a speedy trial.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:     /s/ *George Eliopoulos*
George Eliopoulos
Assistant United States Attorney
D.C. Bar No. 390601
601 D Street, N.W.,
Washington, D.C. 20530
202-252-6957
george.p.eliopoulos@usdoj.gov